# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-199** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **PETER DIAZ** | : | |

## ORDER

Upon motion (Doc. 720) by the Government to dismiss the forfeiture allegation from the Superseding felony Information,

IT IS HEREBY ORDERED that all references to a firearm seized from 198 Knollwood, Lancaster, PA, on December 12, 2006, are hereby stricken from the Superseding felony Information.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge