IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-0199-14** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **PETER DIAZ** | : | |

## ORDER

AND NOW, this 23rd day of October, 2014, upon consideration of Peter Diaz's ("Diaz") motion (Doc. 1851) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and it appearing that Diaz entered a plea of guilty pursuant to a plea agreement (see Doc. 519), and that under the terms of the plea agreement, Diaz waived his "right to challenge any conviction or sentence or the manner in which the sentence was determined in any collateral proceeding, including but not limited to a motion brought under Title 28, United States Code, Section 2255" (id. ¶ 38), and the court finding that Diaz's motion is barred by the terms of his plea agreement, it is hereby ORDERED that Diaz's motion (Doc. 1851) to vacate, set aside, or correct sentence is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania